U.S. DISTRICT COURT - N.D. OF N.Y.

# FILED

## NOV - 4 2010

AT_____ O'CLOCK_____

Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_MArK Cannon_  Plaintiff(s)

vs.

_C.o E. Wood, C.o Saint mary, C.o d price
C.O. Winston, Sgt M. Eddy, C.o Reis
Hearing Officer Bilis_  Defendant(s)
_Nurse holmes_

INMATE
CIVIL RIGHTS
COMPLAINT PURSUANT
PURSUANT TO
42 U.S.C. § 1983

Case No. 9:10 CV 1332

---

Plaintiff(s) demand(s) a trial by: ✓ JURY _____ COURT (Select **only** one).

---

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: _MArK Cannon #08-A-0822_

   Address: _P.O Box 2001_
   _Malone, N.y 12953_

---

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _C.o E. Wood_

   Official Position: _Correctional officer_

   Address: _P.O Box 2001_
   _MAlone, N.y 12953_

b.    Defendant: *Co Saint mary*

        Official Position: *Correctional officer*

        Address: *po Box 2001*

                      *malone, N.y 12953*


c.    Defendant: *Co Relf*

        Official Position: *Correctional officer*

        Address: *po Box 2001*

                      *malone, Ny 12953*

                      *(See Attached)*

Additional Defendants may be added on a separate sheet of paper.

## 4. PLACE OF PRESENT CONFINEMENT

a.    Is there a prisoner grievance procedure at this facility?

        ✓ Yes              _____ No

b.    If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

        ✓ Yes              _____ No

    If your answer to 4b is YES,

    (i)    What steps did you take? *Appeal*

    (ii)    What was the final result of your grievance? *Appeal denied*

3) D Defendant C.O. Winston

official position Correctional officer

Address      P.O. Box 2001

            MALONE, N.Y. 12953


3) E Defendant C.O. J.price

official position Correctional officer

Address   P.O Box 2001

          MALONE, N.Y. 12953


3) F Defendant Sgt. M. Eddy

official position Sergeant

Address     P.O Box 2001

            Malone, NY 12953


3) G Defendant Nurse

official position Nurse

Address   P.O. Box

          MALONE, NY 12953


3) H Defendant Bulis

official position Hearing officer Bulis

Address     P.O. Box 2001

            MALONE, NY 12953

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c.    If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

_____ Yes                   _____ No

If your answer to 4c is YES,

(i)    What steps did you take? _____

_____

_____

(ii)    What was the final result regarding your complaint?_____

_____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5.    PREVIOUS LAWSUITS

a.    Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

____Yes                   ____No

b.    If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.    Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s): _____

ii.   Court (if federal court, name District; if state court, name County):

_____

iii.  Docket number: _____

iv.   Name of Judge to whom case was assigned: _____

v.    Disposition (dismissed? on appeal? currently pending?): _____

vi.   Approximate date of filing prior lawsuit: _____

vii.  Approximate date of disposition: _____

6.                              **FACTS**

        Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY
        defendant in your complaint.** (You may use additional sheets as necessary).

6a. Plaintiff, Mark Cannon, brings action
under the Eighth, Forth and Fourtheeth
Amendments of the U.S. Constitution;
42 U.S.C. §1983, claiming that defendant's
violated and failed to comply with Federal
Regulations. Cruel unusual punishment, illegal search,
Serious medical needs, and hearing violation.
          ( See Attached )

_____

_____

_____

_____

_____

B. By operation of State and federal laws, plaintiff's movement is Controlled by New York department of Correctional Services. From ———— 2003, untill the present, plaintiff is an inmate in the Custody of the New York State department of Correctional Services. All defendents are Sued in there individual official Capacity.

### first Cause of Action

Retaliatory Assault,
Cruel and unusual punishment,
Violation of Serrious medical
need, Illegal Search

C. in the month of febuary 2010, plaintiff wrote an inmate grievance Complaint because he was denied access to the barbershop. as a result of the inmate grievance Complaint. plaintiff was given a make up Haircut. thereafter, defendents Sant mary and winston Came to plaintiffs Cell and Stated that because of the grievance Complaint he would not get another hair cut as long as he remaints in upstate Correctional facility. during the month of march, April, and may of 2010 each time the barcershop Schedule would Come around defendant Sant mary and winston would Skip plaintiff's cell and denie him access to the barbershop and Stated that plaintiff Should not have write the grievance Complaint, and that the pla

does not deserve level 3 Status. plaintiff then wrote another grievance complaint Concerning harresment being Conducted against plant by defendent smntmary and winsten. on may 12th 2010 defendent J.price Came to plaintiff's cell to pick up the feed up trey's. As plaintiff was placing the milk ~~contaners~~ cartins and Juice Containers in his trey. defendent smntmary told defendent J.price to Close plaintiff feed up Slot and stated that plaintiff refused to give ~~back~~ his feed up treys.

D. thereafter defendent Sgt M Eddy Came and Stood in front of plaintiff's Cell and plaintiff gave ~~Sgt~~ defendent Sgt m.Eddy His feed up treys and defendent Sgt m.Eddy walked away.

F. Approximately ten minutes later defendent E.wood, self, ~~and~~ and J.price Came to plaintiffs Cell and told him to pack up because He lost his level 3 Status. plaintiff packed his property and was placed in a holding pin in 10 Building.
thereafter defendent E.wood, self and Sgt m.Eddy escarded plaintiff to the drooft room and placed in the boss metal detector Chair, which did not ring. After Clearing the Boss ~~Chair~~ medal detector Chair plaintiff was escorded to the Strip room and order to strip naked

G. thereafter plaintiffs hands were Cuffed behind his back

and Brought out the Strip Room and placed against a wall.

H. while facing the wall and handcuff, defendent wood grassed plaintiffs hair and slammed his face against the wall Causing plaintiff to sona lose Con and become week in the knees defendent well grassed plaintiffs handcuffs and twisted his Arm in a upward pessision Causing extream pain in both Shoulder, elbows, and wrist. defendent wood placed his thums behind plaintiff's Jawbone Between plaintiffs ear and upper neck and en pushed in appling pressure to the Jawbone in an attempt to dislocate plaintiffs Jawbone Causing extream pain And dizziness, while defendent Sgt M. Eddy watched and supervised.

I. plaintiff was then taking to 11 Building and placed on a drug watch holding pin. Thereafter defendent holmes Came to the Cell and defendent while plaintiff made an attempt to explain the extant of his inguires. defendent Holmes walked Away without examing plaintiff and told defendent Sgt M. Eddy that plaintiff refuses.

J. Thereafter plaintiff was illegally placed on the loaf and drug watch for 7 days. After plaintiff Completed the drug watch (which Came back negitive) plaintiff was then

broken back to his Cell in 10 building. plaintiff was
issued a misbehavior report and Charged with ~~violation~~
violent Conduct, refusing a direct order, threats, and messhall
violation - plaintiff was found guilty of all Charges and ~~didnt~~
was Not given his property for weeks.

## Second Cause of actions
### Hearing violation; Cruel
### and unusual punishment

K. on **MAY 28th 2010** Defendant Bulis Conducted
plaintiffs disiplenary hearing. plaintiff Called his
Cellmate "A. Hines" for his witness. inmate A. Hines
received a misbehavior report based on the Same facts
as plaintiff's incident, that was dismissed. plaintiff
requested that the video tape of the alleged incident
Be produced at his hearing

L. plaintiff was allowed to view the Video tape, and
pointed out to defendant Bulis that he was
handcuffed Behind his Back and facing the wall
and did not ~~for~~ move ~~forward~~ As defendant word Assulted
him while defendant Reif twisted plaintiffs arms and
while defendant Sogt m Eddy looked on.

m. After All plaintiff's presented evidence excluding the video tape, defendent Aulis found plaintiff guilty of All Charges. After the hearing was over defendent Aulis stated that plaintiff should not have wrote Complaints.

7. As a result of the above Assult plaintiff experince extream pain in his Jaw for Approximately three days while trying to eat.

8. plaintiff experince extream pain in his neck and Back. plaintiff did not receive a full nights sleep for approximately seven days As a result of the Assult by the defendents E. wood, and Relf.

9. plaintiff still experience extream Back pain and neck pain As A result of the Assult by defendents E. wood And Relf.

7.                    **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Retaliation Assult

Crual and unusal punishment

Violation of serenous medical need

Illegal Search

### SECOND CAUSE OF ACTION

Hearing Violation

Crual and unusual pusnishment

### THIRD CAUSE OF ACTION

8.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

3,000,000 intentional damages, 3,000,000 punitive damages and 3,000,000 Compensatory damages

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Oct, 18th 2010

Mark Cannon
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010