# INMATE AUTHORIZATION

I, _Mark Cannon # 08-A-0822_,

authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $350.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

→ Signature: _Mark Cannon_

★ **NOTE:** You **must sign your name** on the above line. ★

## FOR OFFICIAL USE ONLY - DO NOT WRITE BELOW THIS LINE

Name and DIN Number: _Mark Cannon 08-A-0822_
Civil Action Number: _9:10-CV-1332_
Short Name of Case: _Cannon v. Wood et al_



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV - 4 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse